# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150625-6 & (76)

DANIEL BUTTON,
        Plaintiff-Appellee/Cross-Appellee,
and

SPECIAL TREE REHABILITATION SYSTEM,
        Intervening Plaintiff,

v

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
        Defendant/
        Cross-Defendant-Appellant/
        Cross-Appellee,
and

QBE INSURANCE CORPORATION,
        Defendant/Cross-Plaintiff/
        Cross-Defendant-Appellee/
        Cross-Appellant,
and

CITIZENS INSURANCE COMPANY,
        Defendant/Cross-Plaintiff/
        Cross-Defendant.

SC: 150625-6
COA: 314836, 319312
Wayne CC: 10-006165-NF

_____/

On order of the Court, the application for leave to appeal the September 4, 2014 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015



Clerk

t0624